UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| L.O., *a minor*, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : No. 5:18-cv-00357 |
| | : |
| DAVID T. STEVENSON, *former staff worker*; | : |
| TAWNIE (TANIA) ROSS, *staff supervisor*; | : |
| MARK KERN, *staff supervisor*; | : |
| JOSEPH CHOI, *director*; | : |
| DREW FREDERICKS, *director*; | : |
| JASMINE TORRES, *staff worker*; | : |
| JASMINE VARGAS, *staff worker*; | : |
| ANITA SIMS, *staff worker*; | : |
| LISA RIOS, *staff worker*; | : |
| JOHN DOE(S), *staff worker(s) and/or supervisor(s)* | : |
| *and/or administrators*; and | : |
| LANCASTER COUNTY YOUTH | : |
| INVERTENTION CENTER, | : |
| | : |
| Defendants. | : |

_____

# **O R D E R**

**AND NOW**, this 21st day of August, 2018, upon consideration of Defendants Tawnie Ross, Mark Kern, Joseph Choi, Drew Fredericks, Jasmine Torres, Jasmine Vargas, Anita Sims, Lisa Rios, and the Lancaster County Youth Intervention Center's ("the Lancaster Defendants") Motion to Stay and Dismiss, ECF No. 11; Plaintiff's Motion to Amend Complaint, ECF No. 13; Defendant David T. Stevenson's Motion to Stay, ECF No. 15; Plaintiff's Motion for an Order Compelling Discovery, ECF No. 18; and Plaintiff's Amended Motion for an Order Compelling Discovery, ECF No. 19, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. The Lancaster Defendants' Motion to Stay and Dismiss, ECF No. 11, is **GRANTED in part**, such that the motion to stay is **DENIED as moot** and the motion to dismiss is **GRANTED**;

2. Plaintiff's claims against the Lancaster Defendants are **DISMISSED without prejudice**;

3. Plaintiff's Motion to Amend Complaint, ECF No. 13, is **GRANTED in part**, such that Plaintiff is granted leave to file an amended complaint to add Lancaster County as a Defendant, to allege a municipal liability claim against the County, and to remedy the deficiencies identified in the Court's Opinion. Plaintiff is **DIRECTED** to file any amended complaint no later than **September 7, 2018**.

4. Defendant David T. Stevenson's Motion to Stay, ECF No. 15, is **DENIED as moot**;

5. Plaintiff's Motion for an Order Compelling Discovery, ECF No. 18, and Amended Motion for an Order Compelling Discovery, ECF No. 19, are **DENIED without prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

2
082118