# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.O., a minor,<br>      Plaintiff,<br><br>vs.<br><br>DAVID T. STEVENSON, former staff worker,<br>LANCASTER COUNTY, a governmental<br>unit, et al.,<br>      Defendants. | CIVIL ACTION<br><br>NO. 18-0357 |

## ORDER

**AND NOW,** this 26th day of November, 2019, upon consideration of the Plaintiff's Motion to Consolidate, the Response filed on behalf of Defendants, Tonya Evans, Mark Kern, Drew Fredericks, Jasmine Torres, Jasmine Vargas, Lisa Rios, Ron Wilson, Tracy Kauffman, Aaron Wright, Christine Delgado, Thais Grant, and Lancaster County (collectively the "County Defendants"), the Plaintiff's Reply Brief and the County Defendants' Sur-Reply, and for the reasons stated in the foregoing Memorandum Opinion,

**IT IS ORDERED** that the Plaintiff's Motion to Consolidate is **GRANTED** and the Clerk of Court shall consolidate for trial the following cases under the caption of the lead case, *L.O., a minor, vs. David T. Stevenson, et al.*, Civ. A. No. 18-0357:

 *K.G. v. Stevenson, et al.*, Civ. A. No. 18-4985
 *Q.M. v. Stevenson, et al.*, Civ. A. No. 18-4986
 *J.G.M. v. Stevenson, et al.,* Civ. A. No. 18-5026
 *J.M.M. v. Stevenson, et al.*, Civ. A. No. 19-802

           BY THE COURT:


           */s/ Henry S. Perkin*
           HENRY S. PERKIN
           UNITED STATES MAGISTRATE JUDGE